# Court of Appeals
# of the State of Georgia

ATLANTA,  August 05, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0012. SONYA MCNEAL v. CHANAE Q. CLEMONS, CLAYTON COUNTY SUPERIOR COURT CLERK.

Sonya McNeal, proceeding pro se, has petitioned this Court for a writ of mandamus ordering the Clerk of the Superior Court of Clayton County to transmit the appellate record in the underlying proceeding to this Court. McNeal asserts that the trial court denied her request to proceed in forma pauperis and that the Clerk has failed to notify her of what fees are required.

Georgia's appellate courts have jurisdiction to issue writs of mandamus, but as our Supreme Court recently explained, "it will be an 'extremely rare' circumstance that would require a party to seek a writ of mandamus in [an appellate court] in the first instance, given that superior court judges have the power to issue process in the nature of mandamus against . . . trial court officials."[1] There is no indication in McNeal's filing that she has filed a petition seeking such relief in the superior court.

---

[1] (Citation omitted.) *Arnold v. Alexander*, 321 Ga. 330, 335 (1) n.6 (914 SE2d 311) (2025).

Until McNeal has obtained a ruling from the superior court, there is no basis for this Court to exercise its jurisdiction.[2] This petition is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  08/05/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[2] See *Arnold*, 321 Ga. at 335 (1) n.6; Court of Appeals Rule 40 (c) (this Court's mandamus jurisdiction is narrow and will be exercised sparingly as may be necessary in aid of our jurisdiction or to protect or effectuate our judgments).